**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KENNETH DEL SIGNORE,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS,<br><br>Defendant. | No. 26 CV 10167<br><br>The Honorable Charles P. Kocoras |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO COMPLAINT**

Defendant Illinois State Board of Elections, by its attorney, Kwame Raoul, Attorney General of Illinois, respectfully moves for a 28-day extension of time to respond to Plaintiff's complaint, until November 6, 2026. In support, Defendant states the following:

1. Plaintiff filed his complaint on August 22, 2026. Dkt. 1.

2. Defendant's deadline to respond to Plaintiff's complaint is October 9, 2026. Dkt. 10.

3. Due to the undersigned attorney's current workload and professional obligations, Defendant requires additional time to answer or otherwise plead to Plaintiff's complaint.

4. Defendant seeks an additional 28 days, until November 6, 2026, to file its responsive pleading.

5. This is the first extension sought by Defendant.

6. Plaintiff does not oppose this motion.

7. This request is not made for any improper purpose. Plaintiff will not be prejudiced by the requested extension.

Accordingly, Defendant respectfully requests that the Court grant its unopposed motion to extend the deadline to respond to Plaintiff's complaint by 28 days to November 9, 2026.

Dated: October 7, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

_/s/ Connor Q Hollander_
Assistant Attorney General

Connor Q Hollander (IL 6340821)
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2762
connor.hollander@ilag.gov